UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| CSX TRANSPORTATION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 3:19-cv-00056-GFVT |
| | ) | |
| v. | ) | |
| | ) | **JUDGMENT** |
| SOUTHERN COAL AND LAND COMPANY, INC., | ) ) ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with the Order entered contemporaneously herewith, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED AND ADJUDGED** as follows:

1. Judgment is **ENTERED** in favor of the Defendant;

2. This is a **FINAL** and **APPEALABLE ORDER,** there is no just cause for delay; and

3. All issues having been resolved, this case is **STRICKEN** from the active docket.

This the 27th day of May, 2020.



Gregory F. Van Tatenhove
United States District Judge